**Allen HARRELL, Jr., Plaintiff–Appellant,**

v.

**H.M. GAINES, Magistrate; C.S.B./ Badge No. 1364, Police Officer, Defendants–Appellees.**

No. 06–7315.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 24, 2006.

Allen Harrell, Jr., Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen Harrell, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *Harrell v. Gaines,* No. 3:05–cv–00454–JRS (E.D. Va. June 22, 2006). We deny Harrell's motions for discovery and for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*